1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>v.<br><br>CARLOS ALBERTO SALMERON,<br><br>                                    Defendant. | Case No.:  22-cr-2570-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On October 31, 2023, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for November 3, 2023 to December 15, 2023. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 47] and sets the Motion Hearing/Trial Setting on December 15, 2023 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. A change of plea hearing is set for November 7, 2023 before the Magistrate Judge. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(1)(G), (h)(7)(A).

//
//
//
//

1      Further, on December 6, 2022, the Defendant filed a pretrial motion that remains

2 pending. The Defendant filed additional pretrial motions on June 16, 2023. Accordingly,

3 the Court finds that time from December 6, 2022 to December 15, 2023 shall be excluded

4 under the Speedy Trial Act on grounds that a pretrial motion is pending.   18 U.S.C.

5 § 3161(h)(1)(D).

6      IT IS SO ORDERED.

7 Dated: _____11/1/12)_____

8                                   Hon. Jinsook Ohta

                                   UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28